# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

James G. Whittaker, et al.

                                       Plaintiff,

v.                                                    Case No.: 1:09−cv−02958
                                                                Honorable Marvin E. Aspen

Takhar Collection Services Ltd.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 16, 2009:

      MINUTE entry before the Honorable Marvin E. Aspen:Status and motion hearing held on 7/16/09. Plaintiffs Motion for default judgment [12] is withdrawn. Motion terminated. Status hearing set for 9/3/2009 at 10:30 AM., for report on settlement and how the parties are going to proceed in this case. Parties are to file with the Court a joint discovery plan two days in advance of the status, with a courtesy copy to Chambers, Room 2578.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.