# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

James G. Whittaker, et al.
                                                             Plaintiff,

v.                                                                    Case No.: 1:09−cv−02958
                                                                                   Honorable Marvin E. Aspen

Takhar Collection Services Ltd.
                                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 26, 2009:

      MINUTE entry before the Honorable Marvin E. Aspen:The Status hearing set for 9/3/09 is stricken and reset to 10/8/2009 at 10:30 AM., for report on settlement.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.