UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division

James G. Whittaker, et al.
                                Plaintiff,

v.                                             Case No.: 1:09−cv−02958
                                                                     Honorable Marvin E. Aspen

Takhar Collection Services Ltd.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 29, 2009:

        MINUTE entry before the Honorable Marvin E. Aspen:The Parties have reported that they have reached a resolution, therefore this matter is hereby dismissed without prejudice with leave to reinstate on or before December 31, 2009. Absent a timely motion by the parties, the dismissal will be converted to a dismissal with prejudice. The status hearing set for 10/8/09 is stricken. Enter Order.Civil case terminated. Judicial stafff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.