**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES G. WHITTAKER and | ) | |
| GLENDA L. WHITTAKER, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 09 C 2958 |
| | ) | |
| vs. | ) | Judge Aspen |
| | ) | Magistrate Judge Schenkier |
| TAKHAR COLLECTION SERVICES LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED ORDER**

This matter coming before the Court, all parties being fully advised in the premises, IT IS HEREBY ORDERED:

1.      The Parties have reported that they have reached a resolution, therefore this matter is hereby dismissed without prejudice with leave to reinstate on or before December 31, 2009.  Absent a timely motion by the parties, the dismissal will be converted to a dismissal with prejudice.

2.      The status hearing set for October 8, 2009 at 10:30 a.m. is hereby stricken.

DATE:   9/29/09          ENTER: _____

The Honorable Marvin E. Aspen